# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY RILEY (#N-95221), | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15 C 4679 |
| | ) | |
| v. | ) | |
| | ) | Judge Jorge L. Alonso |
| THOMAS DART, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

The second amended complaint [#17] is stricken. The suit on file concerns an alleged lack of accommodation of the plaintiff's religious beliefs. The plaintiff must initiate a separate lawsuit if he wishes to sue health care providers for allegedly acting with deliberate indifference to his medical needs. *See George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007); Fed. R. Civ. P. 18(a). Although only one defendant (Thomas Dart, the Sheriff of Cook County) is named in the present complaint, plaintiff's claim of deliberate indifference to medical needs will certainly "require[] the inclusion of extra parties" separate and distinct from those involved in the original, unrelated religious accommodation claim, and, under such circumstances, joinder "is limited to claims arising from the same transaction or series of related transactions." *Wheeler v. Wexford Health Sources, Inc.*, 689 F.3d 680, 683 (7th Cir. 2012).

**SO ORDERED.**

ENTERED: September 11, 2015

_____
**HON. JORGE ALONSO**
**United States District Judge**